81,134·01,03

Abel Acosta,Clerk
Court of Criminal Appeals of Texas
P.O.Box 12308,Capital Station
Austin,Texas 78711

RE: Ex Parte Brandon Trevelle Caines
Style No. 1274701-A ; 1274700-A
Writ No. 81,134-02 ; 81,134-03

Dear Abel Acosta,Clerk

Greetings! I am writting your department concerning the above Cause No.'s
in said Style of Actions. I recieved a order from the 183rd District Court
filed on the 18th of March 2015,notifying me that the 183rd District Court was
issued thirty (30) days to transpire the record to the Court of Criminal
Appeals. I then recieved notices from the Court of Criminal Appeals,dated
April 10,2015,that the supplemental Clerks records,had been recieved and
presented to the Court.However,as part of my State Writ I raised;ineffective
Assistance of Counsel claims which the state issued an order for my counsel to
respond to the claims.My counsel failed to respond to the claims.My counsel
failed to respond,and my State Writ was sitting in the 183rd District Court
since 2013,I then submitted a Mandamus to the Court of Criminal Appeals which
said Court order the 183rd District Court to transpire the records to their
court.I recieved the notice from the Court of Criminal Appeals,of Texas,
informing me that your Court recieved my Petition.I am now writting concerning
the fact that i still have not personally recieved an Affidavit from my
Defense Counsel.Therefore I haven't recieved a copy of the Affidavit and i
wanted to know if it was attached to my 11;07 Writ that was presented to the
Court of Criminal Appeals.

Thank You,
Brandon T. Caines#1747672
Connally Unit
899 Fn. 632
Kenedy,Tx. 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 1 1 2015

Abel Acosta, Clerk